**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AchieveGlobal, Inc. | **FILED: MAY 22, 2008** |
| v. | **08CV2972                  AEE** |
| Team Coaching International, Inc. | **JUDGE KENNELLY** |
| | **MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Achieve Global, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Jeana R. Lervick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeana R. Lervick | |
| FIRM | |
| Bell, Boyd & Lloyd, LLP | |
| STREET ADDRESS | |
| 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6277887 | TELEPHONE NUMBER   312-807-4339 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |