IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACHIEVEGLOBAL, INC., ) | **FILED: MAY 22, 2008** |
| ) | |
| Plaintiff, ) | Civil Action No. **08CV2972         AEE** |
| v.          ) | |
| ) | Judge **JUDGE KENNELLY** |
| TEAM COACHING INTERNATIONAL, ) | Magistrate Judge **MAGISTRATE JUDGE NOLAN** |
| INC.,          ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF TRADEMARK CLAIM

Pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois and 15 U.S.C. §1116(c), Plaintiff AchieveGlobal, Inc. hereby provides a Notice of Claims involving the following U.S. Trademarks:

| **U.S. Trademark Reg. No.** |
|---|
| 2,944,345 |
| 2,889,679 |

This action involves the following parties:

Plaintiff:   AchieveGlobal, Inc.
            8875 Hidden River Parkway
            Suite 400
            Tampa, Florida  33637

Defendant:   Team Coaching International
            1001 Brodgeway
            #701
            Sausalito, California  94965

Dated: May 22, 2008                                  Respectfully submitted:


                                                     By:  _/s/ Jeana R. Lervick_____



Jeana R. Lervick
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
(312) 372-1121 (telephone)
(312) 827-8000 (facsimile)
jlervick@bellboyd.com