## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ACHIEVEGLOBAL, INC.,<br><br>        Plaintiff,<br>v.<br><br>TEAM COACHING INTERNATIONAL, INC.,<br><br>        Defendant. | **FILED: MAY 22, 2008**<br>Civil Action No. **08CV2972    AEE**<br><br>Judge **JUDGE KENNELLY**<br>Magistrate Judge **MAGISTRATE JUDGE NOLAN** |

### NOTICE OF AFFILIATES UNDER LOCAL RULE 3.2

Pursuant to Local Rule Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff AchieveGlobal, Inc., by its attorneys, states that the following entity owns more than 5% of the corporation: Informa U.S.A., Inc.

Respectfully submitted,

Dated: May 22, 2008

/s/ Jeana R. Lervick
Jeana R. Lervick
BELL, BOYD & LLOYD   LLP
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, Illinois   60602-4207
(312) 372-1121 (telephone)
(312) 827-8000 (facsimile)
jlervick@bellboyd.com