## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| ACHIEVEGLOBAL, INC., | ) |
| Plaintiff, | ) Civil Action No.  08-cv-2972 |
| v. | ) Judge Kennelly |
|  | ) Magistrate Judge Nolan |
| TEAM COACHING INTERNATIONAL, INC., | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff AchieveGlobal, Inc. hereby voluntarily dismisses, without prejudice, the above-captioned cause of action.  Defendant has not been served and has not filed an answer nor a motion for summary judgment in this litigation.

This action is dismissed without an order of the Court under Fed. R. Civ. P. 41(a)(1)(i).

Dated:  June 9, 2008                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　    /s/ Jeana R. Lervick
　　　　　　　　　　　　　　　　　　　　　　　　　　Jeana R. Lervick
　　　　　　　　　　　　　　　　　　　　　　　　　　BELL, BOYD & LLOYD LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　70 West Madison Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 372-1121
　　　　　　　　　　　　　　　　　　　　　　　　　　Telecopier: (312) 827-8000

973265/D/1

# **CERTIFICATE OF SERVICE**

I Jeana R. Lervick, an attorney, hereby certify that I caused a copy of the foregoing Notice of Voluntary Dismissal upon:

> Aaron Hendelman
> Wilson, Sonsini, Goodrich & Rosati
> 701 Fifth Avenue
> Suite 5100
> Seattle, Washington  98104

via e-mail, confirmation via U.S. mail, proper postage prepaid, this 9th day of June 2008.

_____*/s/ Jeana R. Lervick*_____
Jeana R. Lervick