## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2972 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Achieveglobal vs. Team Coaching | | |

**DOCKET ENTRY TEXT**

Case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(I).

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|